CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR - 3 2008

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SHARON PHILPOTT WALTON, | ) | Case No. 4:07CV00035 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

This suit was commenced on August 30, 2007, and Plaintiff was allowed leave to proceed *in forma pauperis* on that date. On September 14, 2007, I ordered this case referred to Magistrate Judge B. Waugh Crigler. The Magistrate Judge entered an *Order* on February 27, 2008, demanding that the Plaintiff show cause why this case should not be dismissed for failure to prosecute, since Plaintiff had not complied with the March 10, 2005 *Standing Order* in this Court for filing a brief. Plaintiff has been unresponsive and the March 13, 2008, deadline set by Judge Crigler has now passed.

Therefore the Magistrate Judge has recommended in his *Report* of March 17, 2008, that this case be dismissed. Finding no response from the Plaintiff in any form, and no objections to the Magistrate Judge's Report, I **ADOPT** the Magistrate Judge's *Report*, and this case is hereby **DISMISSED** from the active docket of this Court.

The Clerk is directed to send a copy of this Order to counsel as well as to Magistrate Judge Crigler.

ENTERED this 3rd day of April, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge